16561. MAYOR AND ALDERMEN OF SAVANNAH, for use, etc., *v.* CONAWAY et al.

BLOODWORTH, J. 1. When the excerpt from the charge of the court complained of is considered in connection with the pleadings, the evidence, and the remainder of the charge, there is no error therein.

2. The evidence fully justified, if it did not demand, the verdict returned.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 6, 1925.

Action upon bond; from city court of Savannah—Judge Freeman. May 18, 1925.

*H. P. Cobb,* for plaintiff.

*Charles G. Edwards, John F. Brannen Jr.,* for defendants.